**SO ORDERED.**

**SIGNED this 24 day of October, 2011.**



_____
JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE
_____


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE; NIGEL ROBERTS ) CHAPTER 13
) CASE # 07-53106

ORDER TO DISMISS CHAPTER 13 BANBKRUPTCY

    After consideration of the Motion to Dismiss, it appears proper therefore it is herby Ordered and Decreed that the Motion to Dismiss be granted.

END OF DOCUMENT

Ordored prepared by:
Nikitis Zounberis
723 Bernard Drive
P.O. Box 8097
Warner Robins, Georgia
478/328-1387
Gergia Bar #786160